George Merritt, Respondent, v. Thomas F. Goodrich, Appellant. Marshall P. Stafford, for respondent. Merrill & Rogers, for appellant. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

The State Bank of Rock Valley, Respondent, v. Wallace C. Andrews, Appellant. M. P. Stafford, for respondent. J. W. Hawes, for appellant. Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The Domestic Sewing Machine Co., Appellant, v. Margaret Barry, Respondent. H. B. Kinghorn, for appellant. A. J. Griffin, for respondent. Motion for reargument denied, with ten dollars costs.

Edward Duffy, Respondent, v. John Dawson ; Cornelius H. Evans, Appellant, v. John Dawson. Johnston & Johnston, for respondent. E. A. Woodruff, for appellant. Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs.

David H. Carroll, Respondent, v. Charles Tucker, Appellant. L. L. Settel, for respondent. C. P. & W. Buckley, for appellant. Motion for leave to appeal to Court of Appeals denied.

Jennie Fisher, Respondent, v. R. B. Munroe, Appellant. S. Miller, for respondent. W. W. Hoover, for appellant. Motion for reargument denied, with ten dollars costs.

Charles Kummer, Respondent, v. Christopher and Tenth Street R. R. Co., Appellant. J. C. Fraser, for respondent. Merrill & Rogers, for appellant. Motion for reargument denied, with ten dollars costs.

Bernard Zivi, Respondent, v. Elias Einstein, Appellant. James Murphy, for respondent. Townsend, Dyett & Einstein, for appellant. Motion for reargument denied, with ten dollars costs.

Frederick Haas, Respondent, v. Pietro Altiero, Appellant. Hayes & Greenbaum, for respondent. Thornall, Squiers & Pierce, for appellant. Motion for reargument or for leave to appeal to Court of Appeals denied, with ten dollars costs.

The People of the State of New York, Plaintiff, v. Alfonso Masucci, Defendant. De Lancey Nicoll, for plaintiff. Henry Merzbach, for defendant. Motion to vacate judgment entered on a forfeited recognizance, granted.